```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

THOMAS GRAY SKIPPER, *et al.*,   *
                                 *
    Plaintiffs,              *
                                 *
                                 *  CIVIL ACTION NO. 21-000094-JB-B
vs.                              *
                                 *
                                 *
UNITED STATES FISH AND WILDLIFE  *
SERVICE, *et al.*,               *

    Defendants.

## ORDER

This action is before the Court on the parties' Rule 26(f) planning report (Doc. 29). Upon review, the undersigned finds that a scheduling conference, prior to entry of the scheduling order, will aid the Court and the parties in working to secure a just, speedy, and inexpensive resolution of this matter. See Fed. R. Civ. P. 1; Fed. R. Civ. P. 16(b)(1)(B) (providing that a magistrate judge must issue a scheduling order . . . "after consulting with the parties' attorneys . . . at a scheduling conference").

Accordingly, this action is hereby set for a Rule 16(b) scheduling conference, via telephone, on **July 1, 2021**, at **11:00 a.m. (CST)**. The Clerk will provide call-in instructions.

In preparation for the scheduling conference, counsel for the parties shall familiarize themselves with the underlying facts of

the case and shall be prepared to discuss the specific discovery that will likely be needed, the existence and location of any electronic discovery, and the parties' efforts to resolve this case.

**DONE** this **22nd** day of **June, 2021.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**
