# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| THOMAS GRAY SKIPPER, et al., | Case No. 1:21-CV-00094-JB-B |
| Plaintiffs, | |
| v. | |
| UNITED STATES FISH AND WILDLIFE SERVICE; et al., | |
| Defendants, | |
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| Defendant-Intervenor. | |

## PLAINTIFFS' NOTICE OF WITHDRAWAL OF COUNSEL JONATHAN WOOD

Plaintiffs' attorneys hereby notify the Court of the withdrawal of Jonathan Wood as co-counsel for Plaintiffs in the above-entitled case.

The Plaintiffs will continue to be represented by Charles T. Yates and Jeffrey W. McCoy and any papers or pleadings in this matter should be served on them at the address below or via the Court's ECF system.

DATED: June 30, 2021.

Respectfully submitted,

_/s/ Jonathan Wood_

| | |
|---|---|
| CHARLES T. YATES* | JONATHAN WOOD* |
| JEFFREY W. McCOY* | Pacific Legal Foundation |
| Pacific Legal Foundation | 3100 Clarendon Boulevard, Suite 610 |
| 930 G Street | Arlington, VA 22201 |
| Sacramento, California 95814 | Email: JWood@pacificlegal.org |
| Telephone: (916) 419-7111 | Telephone: (202) 888-6881 |
| Facsimile: (916) 419-7747 | Facsimile: (916) 419-7747 |
| Email: JMccoy@pacificlegal.org | |
| Email: CYates@pacificlegal.org | *Pro Hac Vice* |

*Attorneys for Plaintiffs*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2021, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

/s/ Jonathan Wood
JONATHAN WOOD*

*Pro Hac Vice*

2