UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| THOMAS GRAY SKIPPER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE; et al., <br><br> Defendants, <br><br> CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Defendant-Intervenor. | Case No. 1:21-CV-00094-JB-B |

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiffs, Federal Defendants, and Defendant-Intervenor (the "Parties") respectfully move the Court to modify its scheduling order (ECF No. 38), to reflect the agreement of the Parties. In support of this motion the Parties state as follows:

1. On February 26, 2021, Plaintiffs filed this action challenging the Federal Defendants' designation of critical habitat for the black pinesnake, 85 Fed. Reg. 11,238 (Feb. 26, 2020).

2. On May 3, 2021, Federal Defendants answered Plaintiffs' complaint. ECF No. 23.

3. On May 6, 2021, this Court entered a preliminary scheduling order, setting deadlines for an initial meeting of the parties and the filing of a joint Pretrial Statement pursuant to Fed. R. Civ. P. 26(f). ECF No. 24.

4. On June 11, 2021, pursuant to the Court's preliminary scheduling order, counsel for Plaintiffs and Federal Defendants met via telephone. At that meeting counsel discussed

deadlines for Federal Defendants to lodge the administrative record and for the Parties to brief the merits of Plaintiffs' claims on cross-motions for summary judgment. The outcome of that meeting was agreement on a draft joint Pretrial Statement.

5. On June 14, 2021, Defendant-Intervenor Center for Biological Diversity moved for leave to intervene in this matter. *See* ECF No. 26. In light of each party's anticipated non-opposition to this motion, Plaintiffs and Federal Defendants re-convened via email to discuss necessary revisions to the draft Pretrial Statement. The draft Pretrial Statement was revised to include a briefing schedule that accommodates submission of summary judgment briefing by the Defendant-Intervenor (on a schedule that is staggered from Federal Defendants), and to provide Plaintiffs with additional pages in their briefs to address Defendant-Intervenor's arguments. Plaintiffs sent a draft of the Pretrial Statement to the Defendant-Intervenor on June 21, 2021, to provide them an opportunity to review it.

6. On June 21, 2021, the Parties filed their joint Pretrial Statement. ECF No. 29.

7. On June 30, 2021, the Court granted Center for Biological Diversity leave to intervene. ECF No. 35.

8. A telephonic scheduling conference was held on July 7, 2021. *See* ECF No. 37

9. On, July 8, 2021, the Court entered a scheduling order setting deadlines for Federal Defendants to lodge the administrative record and for the Parties to brief cross-motions for summary judgment. ECF No. 38. The Court's order generally reflects the deadlines agreed to by the Parties in their joint Pretrial Statement. However, it contains an additional deadline for Plaintiffs to separately reply/respond to Defendant-Intervenor's opposition to summary judgment/cross-motion for summary judgment. The Parties did not intend for Plaintiffs to file separate replies/responses to Federal Defendants and Defendant-Intervenor's oppositions/cross

motions, but rather intended for Plaintiffs to file a single 35-page reply/response on November 22, 2021.

10. As such, the Parties respectfully request that this Court modify its scheduling order, ECF No. 38, to allow Plaintiffs to file a single reply/opposition to Federal Defendants and Defendant-Intervenor's oppositions/cross-motions for summary judgment. The Parties request that Plaintiffs' reply/opposition be limited to 35 pages in length and that it be filed no later than November 22, 2021. The Parties do not request any other modification to the schedule at this time.

11. Good cause exists to modify the scheduling order.

For the foregoing reasons, the Parties respectfully request that the Court amend the summary judgment briefing schedule as follows:

| | |
|---|---|
| Plaintiffs shall file a motion for summary judgment, no more than thirty (30) pages in length. | September 1, 2021 |
| Federal Defendants shall file any response in opposition to Plaintiffs' motion and any cross-motion for summary judgment. Defendants' opposition/cross motion shall be limited to thirty-five (35) pages. | October 15, 2021 |
| Defendant-Intervenor shall file any response in opposition to Plaintiffs' motion and any cross-motion for summary judgment. Defendant-Intervenor's opposition/cross motion shall be limited to thirty-five (35) pages. | October 22, 2021 |
| ~~Plaintiffs shall file any reply/opposition to Federal Defendants' opposition/cross motion, and said filing shall be limited to thirty-five (35) pages.~~ | ~~November 15, 2021~~ |
| Plaintiffs shall file a **combined** reply/opposition to **Federal Defendants and** Defendant-Intervenor's oppositions/cross motions for summary judgment. Plaintiffs' | November 22, 2021 |

3

| | |
|---|---|
| reply/opposition shall be limited to thirty-five (35) pages. | |
| Federal Defendants shall file any reply, and said filing shall be limited to twenty (20) pages. | January 7, 2022 |
| Defendant-Intervenor shall file any reply, and said filing shall be limited to twenty (20) pages. | January 14, 2022 |

DATED: July 28, 2021.

Respectfully submitted,

/s/ Charles T. Yates
CHARLES T. YATES (*pro hac vice*)
JEFFREY W. McCOY (*pro hac vice*)
Pacific Legal Foundation
930 G Street
Sacramento, CA 95814
Tel: (916) 419-7111
Fax: (916) 419-7747
CYates@pacificlegal.org
JMccoy@pacificlegal.org

*Attorneys for Plaintiffs Thomas Gray Skipper, Skipper Land Holdings LLC, Phalyn LLC, and Forest Landowners Association*

JEAN E. WILLIAMS, Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief

/s/ Davis A. Backer (with permission on 7/28/202)
DAVIS A. BACKER
Trial Attorney (Colo. Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 514-5243
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorneys for Federal Defendants*
/s/ Ryan Adair Shannon (with permission on 7/27/2021)
RYAN ADAIR SHANNON (*pro hac vice*)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Tel: (917) 717-6407
rshannon@biologicaldiversity.org

*Attorney for Defendant-Intervenor Center for Biological Diversity*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 28, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                                                /s/ Charles T. Yates
                                                               CHARLES T. YATES*

*Pro Hac Vice*