JEAN E. WILLIAMS, Acting Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
DAVIS A. BACKER, Trial Attorney (CO Bar No. 53502)
J. BRETT GROSKO, Senior Trial Attorney (MD Bar No. 0106180001)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O Box 7611
Washington, DC 20044-7611
Tel: (202) 514-5243
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorneys for Federal Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION**

| | |
|---|---|
| THOMAS GRAY SKIPPER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, *et al.*, <br><br> Federal Defendants. | Case No. 21-cv-00094-JB-B <br><br> FEDERAL DEFENDANTS' NOTICE OF FILING ADMINISTRATIVE RECORD |

Federal Defendants respectfully notify the Court that the U.S. Fish and Wildlife Service's ("Service") administrative record for the above-captioned matter was lodged with the Clerk of the Court on July 30, 2021, via overnight delivery. In accordance with the parties' joint case management statement, *see* ECF No. 29 *see also* ECF No. 38 (adopting the parties' proposed schedule), the administrative record has been conventionally lodged with the Clerk of the Court

on a USB flash drive, which includes: (i) the Service's administrative record; (ii) an index for the administrative record (Exhibit 1 hereto); and (iii) a declaration certifying the contents of the administrative record (Exhibit 2 hereto). A copy of the administrative record has also been separately sent via overnight delivery to Plaintiffs' counsel and to Defendant-Intervenor's counsel.

Dated: August 2, 2021

        JEAN E. WILLIAMS, Acting Assistant Attorney General
        SETH M. BARSKY, Section Chief
        MEREDITH L. FLAX, Assistant Section Chief

        */s/ Davis A. Backer*
        DAVIS A. BACKER
        Trial Attorney (CO Bar No. 53502)
        United States Department of Justice
        Environment & Natural Resources Division
        Wildlife & Marine Resources Section
        Ben Franklin Station
        P.O. Box 7611
        Washington, DC 20044-7611
        Tel: (202) 514-5243
        Fax: (202) 305-0275
        Email: davis.backer@usdoj.gov

*Attorneys for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

*/s/ Davis A. Backer*
_____
DAVIS A. BACKER
*Attorney for Federal Defendant*