IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **THOMAS GRAY SKIPPER, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 21-00094-JB-B |
| **UNITED STATES FISH AND WILDLIFE SERVICE,** | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Court sets this matter for hearing before District Judge Jeffrey U. Beaverstock in US Courthouse, Courtroom 4A, 155 St. Joseph Street, Mobile, AL on **April 20, 2022 at 10:00 a.m.** Once supplemental briefing on standing has been completed the Court will advise the parties of the final scope of argument.

**DONE and ORDERED** this 17th day of February, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE

1