# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| THOMAS GRAY SKIPPER, et al., | Case No. 1:21-CV-00094-JB-B |
| Plaintiffs, | |
| v. | |
| UNITED STATES FISH AND WILDLIFE SERVICE; et al., | |
| Defendants, | |
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| Defendant-Intervenor. | |

## SUPPLEMENTAL DECLARATION OF JOHN R. GOODLOE III

I, JOHN R. GOODLOE III, am competent to testify and declare as follows:

1. On August 17, 2021, I executed a declaration in support of Plaintiffs' Motion for Summary Judgment in the above-captioned case (Lawsuit). I submit this Supplemental Declaration to apprise the Court of a recent change in circumstances.

2. I have personal knowledge of the facts stated in this Declaration, and if called as a witness, I could and would testify to these facts under oath.

3. My father J. Russell Goodloe, Jr., is the sole member and manager of Phalyn, LLC, a limited liability company organized under the laws of the State of Alabama. Although my father is the sole member and manager of Phalyn, I manage its day-to-day operations. Phalyn owns several properties in southwestern Alabama upon which timber is grown and harvested.

4. I am authorized to act and speak on behalf of Phalyn for purposes of the Lawsuit.

1

5. I am aware that on February 26, 2020, the United States Fish and Wildlife Service designated 324,679 acres of land on Alabama and Mississippi as critical habitat for the black pinesnake. This includes a 5,943 acre area in Clarke County, Alabama, known as "Unit 8."

6. On August 17, 2021, I executed a declaration in support of Plaintiffs' Motion for Summary Judgment in the above-captioned Lawsuit. At the time I executed that declaration, Phalyn owned an undivided timber tract in Clarke County, Alabama, located within Unit 8 of the critical habitat designation for the black pinesnake.

7. Phalyn recently subdivided that timber tract into an approximately 212-acre "West Parcel" and an approximately 75-acre "East Parcel."

8. On December 14, 2023, Phalyn sold its interest in the West Parcel. Phalyn retains ownership of the 75-acre East Parcel.

9. The vast majority of the East Parcel is located within Unit 8 of the critical habitat designation for the black pinesnake.

10. As such, Phalyn retains a significant ownership interest in lands impacted by the designation of critical habitat for the black pinesnake. The remaining recitations set forth in my August 17, 2021, declaration remain accurate as to the impacts of the critical habitat designation on Phalyn's operations and property interests within the East Parcel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in __Mobile__, __Alabama__, on December __22__, 2023.

_____
JOHN R. GOODLOE III

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

                                              /s/ Charles Yates
                                              CHARLES YATES*

*Pro Hac Vice*