**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **THOMAS GRAY SKIPPER, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CIVIL ACTION NO. 21-00094-JB-B** |
| **UNITED STATES FISH AND WILDLIFE SERVICE, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**JUDGMENT**

In accordance with the Order entered August 21, 2025 (Doc. 91), it is **ORDERED, ADJUDGED**, and **DECREED** that the United States Fish and Wildlife Service's Final Rule designating critical habitat for Unit 7 and 8, as set out in the Complaint, is **VACATED**.

**DONE and ORDERED** this 18th day of September, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE